No. 85–6790. GRANBERRY v. GREER, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–1535. VEREZ ET AL. v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 85–1565. VAUGHT v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 85–1568. ARTIS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1571. MACDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–1588. GERMANN v. CITY OF KANSAS CITY, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–1604. UTAH v. PACHECO. Sup. Ct. Utah. Certiorari denied.

No. 85–1620. HOEFT v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 85–1654. MYERS v. MISSISSIPPI STATE BAR. Sup. Ct. Miss. Certiorari denied.

No. 85–1668. UNDERHILL, DBA EASTSIDE MOTORS, ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–1678. CARNEY, DIRECTOR OF EMPLOYEE RELATIONS FOR THE CITY OF GARLAND, ET AL. v. WHITAKER. C. A. 5th Cir. Certiorari denied.

No. 85–1696. WHITNEY ET AL. v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.